UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

**United States of America,**

       **Plaintiff,**                 Case No. 3:13-CR-30221-DRH

   v.

**John Vassen,**

       **Defendant,**
===================================
**Merrill Lynch,**

       **Garnishee.**

### ORDER

**HERNDON, Chief Judge:**

Upon motion of the United States of America (Doc 35), pursuant to Rule 41(a)(2), Federal Rules of Civil Procedure, and for good cause shown, it is hereby

**ORDERED** the Garnishment in this cause be and the same is hereby **DISMISSED.**

**IT IS SO ORDERED**.
Signed this 19th of May, 2014.

Digitally signed by
David R. Herndon
Date: 2014.05.19
13:29:37 -05'00'

**Chief Judge**
**United States District Court**